# SCHEDULE A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8055
Owner:  Starr County, Texas, *et al.*
Acres:  0.848

**Being** a 0.848 of one acre (36,953 square feet) parcel of land, more or less, being out of the Antonio de la Rosa Survey, Abstract No. 148, Porción 85, Starr County, Texas, being out of Share 10-A, and being out of a called 1.88 acre tract conveyed to Victor Vincent Vicinaiz and Ileana Thelma Chapa Vicinaiz by Warranty Deed recorded in Volume 678, Page 104, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" rebar in the west line of Share 10-A, the west line of the 1.88 acre tract, the west line of Porción 85, the east line of Porción 84, and the east line of a called 1.070 acre tract conveyed to Tomas Valadez, Rita Tamez Vda de Valadez, Victor Valadez, Ventura S. Valadez, Fidela Valadez de Alaniz, wife of Eustolio Alaniz, Melecio Valadez, Encarnacion Valadez, Gustavo Valadez and Guadalupe Garcia de Valadez, wife of Rafael Valadez Soto by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-A), being the same tract of land conveyed to Sylvia Lopez by Warranty Deed with Vendor's Lien recorded in Volume 886, Page 518, Official Records of Starr County, Texas (Second Tract), being the same tract of land conveyed to Gerarda G. Valadez, Gustavo Valadez, Jr. and Armando Valadez by Affidavit of Heirship recorded in Volume 666, Page 647, Official Records of Starr County, Texas and being the same tract of land conveyed to Rebecca Valadez Montalvo by Deed of Gift recorded in Volume 391, Page 787, Deed Records of Starr County, Texas, said point having the coordinates of N=16645711.236, E= 899909.723, said point bears S 30°17'28" E, a distance of 1292.33' from United States Army Corps of Engineers Control Point No. SS12-2019;

**Thence:** N 08°59'45" E (N 09°15'00" E, Record), with the west line of Share 10-A, the west line of the 1.88 acre tract, the west line of Porción 85, the east line of Porción 84, and the east line of the 1.070 acre tract, for a distance of 135.79' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:

"RGV-RGC-8044-1" for the **Point of Beginning** and southwest corner of Tract RGV-RGC-8055, said point being in the west line of Share 10-A, the west line of the 1.88 acre tract, the west line of Porción 85, the east line of Porción 84, and the east line of the 1.070 acre tract, said point having the coordinates of N=16645845.354, E=899930.955;

**SCHEDULE C (Cont.)**

**Thence:** N 08°59'45" E (N 09°15'00" E, Record), continuing with the west line of Share 10-A, the west line of the 1.88 acre tract, the west line of Porción 85, the east line of Porción 84, and the east line of the 1.070 acre tract, passing at 201.91' the northeast corner of the 1.070 acre tract and the southeast corner of a called 0.1377 of one acre tract conveyed to Eulogio Rodriguez by Warranty Deed recorded in Volume 363, Page 411, Deed Records of Starr County, Texas, continuing for a total distance of 204.16' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-4" for the northwest corner of Tract RGV-RGC-8055, said point being in the west line of Share 10-A, the west line of the 1.88 acre tract, the west line of Porción 85, the east line of Porción 84, and the east line of the 0.1377 of one acre tract;

**Thence:** departing the east line of the 0.1377 of one acre tract and the east line of Porción 84, over and across Share 10-A and the 1.88 acre tract, the following courses and distances:
• S 69°25'12" E, for a distance of 55.02' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8044-3" for an angle point in the north line of Tract RGV-RGC-8055;
• N 71°26'09" E, for a distance of 139.72' to a point for the northeast corner of Tract RGVRGC-8055, said point being in the east line of the 1.88 acre tract and the west line of a called 1.000 acre tract conveyed to the Texas Water Development Board, Beneficiary by Deed of Trust and Security Agreement recorded in Volume 1405, Page 321, Official Records of Starr County, Texas (Tract 1: Old Water Plant);

**Thence:** with the east line of the 1.88 acre tract and the west line of the 1.000 acre tract, the following courses and distances:
• S 09°15'30" W (S 09°24'36" W, Record), for a distance of 144.68' to a point for angle in the east line of Tract RGV-RGC-8055;
• S 11°25'37" W (S 11°34'43" W, Record), for a distance of 82.87' to a point for the southeast corner of Tract RGV-RGC-8055, said point being in the east line of the 1.88 acre tract and the west line of the 1.000 acre tract, said point marking a point of curvature to the right;

**Thence:** departing the west line of the 1.000 acre tract, over and across the 1.88 acre tract, the following courses and distances:
• Along said curve to the right for an arc distance of 142.80', with a central angle of 25°15'09" and a radius of 324.00', with a chord bearing of S 86°25'00" W, for a distance of 141.65' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8044-8" for the point of tangency;
• N 80°05'33" W, for a distance of 35.35' to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



# SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 30°17'28" E | 1292.33' | N/A | N/A |
| L2 | N 08°59'45" E | 135.79' | N 09°15'00" E | N/A |
| L3 | N 08°59'45" E | 204.16' | N 09°15'00" E | N/A |
| L4 | S 69°25'12" E | 55.02' | N/A | N/A |
| L5 | N 71°26'09" E | 139.72' | N/A | N/A |
| L6 | S 09°15'30" W | 144.68' | S 09°24'36" W | N/A |
| L7 | S 11°25'37" W | 82.87' | S 11°34'43" W | N/A |
| L8 | N 80°05'33" W | 35.35' | N/A | N/A |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 324.00' | 142.80' | 141.65' | S 86°25'00" W | 25°15'09" |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16645845.354 | 899930.955 | RGV-RGC-8044-1 |
| 2 | 16646047.001 | 899962.877 | RGV-RGC-8019-4 |
| 3 | 16646027.662 | 900014.385 | RGV-RGC-8044-3 |
| 4 | 16646072.145 | 900146.840 | RGV-RGC-8044-6=8055-4 |
| 5 | 16645929.351 | 900123.563 | RGV-RGC-8044-5=8055-5 |
| 6 | 16645848.125 | 900107.145 | RGV-RGC-8044-4=8055-6 |
| 7 | 16645839.272 | 899965.775 | RGV-RGC-8044-8 |
| 8 | 16645711.236 | 899909.723 | POC RGV-RGC-8055 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-896-1870

| | |
|---|---|
| Drawing Ref. No. SHEET 5 OF 8 | **METES & BOUNDS SURVEY** **VICTOR VINCENT VICINAIZ, ET AL** **TRACT No. RGV-RGC-8055** **STARR COUNTY** **TEXAS** |





| Mark | Description | Date | Appd | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | LMK | 6/20 |
| | | | | Checked | LMK | 6/20 |
| | | | | Surveyor | JDB | 6/20 |
| | | | | Fld.Bk. # | 185886-T4-88 | |

CONTRACT NO. W91270-14-D-0013
T.O. W91270-18-F-0139

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-5959
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-8055     DATE: 6/18/2020

## SCHEDULE D (Cont.)

(1)
VICTOR VINCENT VICINAIZ
& ILEANA THELMA CHAPA VICINAIZ
CALLED 1.88 ACRES
WARRANTY DEED
VOL. 678, PG. 104 ORSC

(2)
SYLVIA LOPEZ
CALLED 1.070 ACRE
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(SECOND TRACT)

GERARDA G. VALADEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 666, PG. 647 ORSC

REBECCA VALADEZ MONTALVO
DEED OF GIFT
VOL. 391, PG. 787 DRSC

TOMAS VALADEZ, ET AL
FINAL JUDGEMENT—CAUSE No. 2232
VOL. 138, PG. 215 DRSC
(SHARE 3—A)

(3)
EULOGIO RODRIGUEZ
CALLED 0.1377 ACRES
WARRANTY DEED
VOL. 363, PG. 411 DRSC

(4)
JESSE CLARKE
CALLED 3.096 ACRES
WARRANTY DEED
VOL. 902, PG. 524 ORSC
(SHARE 1—A)

MARTIN GEORGE JOHNSTON
& LILIA LOPEZ JOHNSTON
WARRANTY DEED
VOL. 162, PG. 472 DRSC

(6)
TOMAS GARZA
CALLED 0.69 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 11—A)

(5)
SYLVIA LOPEZ
CALLED 0.19 OF ONE ACRE
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(FIRST TRACT)

(9)
OSCAR GARZA
CALLED 0.808 OF AN ACRE
WARRANTY DEED
VOL. 690, PG. 10 ORSC

(7)
FRANCISCA LOPEZ GARCIA,
LORENZO LOPEZ, ALFREDO GARCIA,
ZARAGOZA GARCIA, ANTONIO GARCIA,
CLEMENCIA GARCA CANTU
& GUADALUPE GARZA
CALLED 26.71 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 12)

ANTONIO GARCIA
WARRANTY DEED
VOL. 364, PG. 165 DRSC

SALVADOR BARAJAS
& NORA EDNA G. BARAJAS
WARRANTY DEED
VOL. 426, PG. 805 DRSC

(8)
CLARISSA YVETTE RIVAS
CALLED 0.01343 ACRE
DEED OF GIFT
VOL. 1033, PG. 1 ORSC

(11)
TEXAS WATER DEVELOPMENT BOARD,
BENEFICIARY
CALLED 0.1218 ACRE
DEED OF TRUST
& SECURITY AGREEMENT
VOL. 1405, PG. 321 ORSC
(TRACT 4: EASEMENT ESTATE)

(10)
TEXAS WATER DEVELOPMENT BOARD,
BENEFICIARY
CALLED 1.000 ACRE
DEED OF TRUST
& SECURITY AGREEMENT
VOL. 1405, PG. 321 GRSC
(TRACT 1: OLD WATER PLANT)



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-896-1870

| | Drawing SHEET 6 OF 8 Ref. No. |
|---|---|

**METES & BOUNDS SURVEY**
**VICTOR VINCENT VICINAIZ, ET AL**
**TRACT No. RGV-RGC-8055**
**STARR COUNTY** **TEXAS**



| Mark | Description | Date | Appr. |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 6/20 |
| Checked | LMK | 6/20 |
| Surveyor | JDB | 6/20 |
| Fld.Bk. # | 18SBB6-T4-88 | |

CONTRACT NO. W91270-14-D-0013
T.O. W91270-18-F-0139



**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-8055    DATE: 6/18/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE

# E

# SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8055

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands described in Volume 1017, Page 15 (Document No. 2004-241401) in the Official Public Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-ONE THOUSAND, NINE HUNDRED, THIRTY-SIX DOLLARS AND NO/100 CENTS ($21,936.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Starr County, Texas**<br>c/o Starr County Judge Eloy Vera<br>Starr County Courthouse<br>100 N. FM 3167<br>Rio Grande City, Texas 78582 | Debtor's Deed, Document No. 2004-241401, recorded on October 12, 2004, in the Public Records of Starr County, Texas. |
| **Victor Vicinaiz**<br>█████████<br>Palmhurst, Texas ████<br><br>**Ileana Thelma Chapa Vicinaiz**<br>█████████<br>Palmhurst, Texas ████ | Warranty Deed, Document No. 1993-166734, recorded on August 20, 1993, in the Public Records of Starr County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Ste 201,<br>Rio Grande City, TX 78582 | Property Id: 64194 |